**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**ERZHAN MELIS UULU** **PETITIONER**

**V.** **CASE NO. 2:26-cv-02150**

**HOBE RUNION, SHERIFF**
**SEBASTIAN COUNTY, ARKANSAS, et al.** **RESPONDENTS**

**ORDER TO SHOW CAUSE AND FOR PRODUCTION OF EVIDENCE**

Before the Court is Petitioner's Emergency Motion for an Order to Show Cause and for Production of Evidence (Doc. 12), together with the supporting brief (Doc. 13). For good cause shown, and pursuant to 28 U.S.C. §§ 2243 and 1657(a), it is hereby **ORDERED**:

1. Respondents are **ORDERED** to file a return within three (3) days of service, certifying the "true cause of [Petitioner's] detention," 28 U.S.C. § 2243, and showing cause why the writ should not be granted.
2. Respondents are **ORDERED** to produce with their response the following:
    a. Petitioner's complete immigration A-file;
    b. Form I-200, including all records reflecting the statutory basis asserted for Petitioner's detention and any administrative warrant;
    c. Form I-286, (the Notice of Custody Determination), and any other custody determinations that have been issued, cancelled, or withheld in Petitioner's case;

d. Records concerning the Form I-220A Order of Release on Recognizance issued to Petitioner on July 14, 2024;

e. Any other records bearing upon the "true cause of [Petitioner's] detention" in support of their response.

3. Petitioner may file a reply within three (3) days of receipt of Respondents' response.

**IT IS SO ORDERED** on this 23rd day of September, 2026.

__________________________________
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE